AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>*Plaintiff(s)*<br>v.<br>POPRAVKIN ANTON and JOHN DOES 1 - 20<br><br>*Defendant(s)* | Civil Action No. 3:25-cv-05094-SKV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Popravkin Anton

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ethan Jacobs
    Ethan Jacobs Law Corporation
    100 Pine Street, Suite 1250
    San Francisco, CA 94111

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/24/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-05094-SKV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Popravkin Anton
was received by me on *(date)* July 24, 2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Service of summons and complaint via email pursuant to July 23, 2025 Order (Dkt. No. 16) on July 24, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 25, 2025

*Server's signature*

Ethan Jacobs, Counsel for Aylo Premium Ltd
*Printed name and title*

100 Pine St., Ste 1250, San Francisco CA 94111
*Server's address*

Additional information regarding attempted service, etc:

Email service on these email addresses did not generate a bounceback message: a.prostop.net@gmail.com, joparabota1@gmail.com, support@freshporno.net, support@frprn.com, support@3prn.com, support@mojva.com, support@onlineporno.cc, and support@pornheal.com.
Bounceback messages were received for the addresses support@homexvideo.com and support@kojka.com.