UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AYLO PREMIUM LTD, a limited liability company organized under the laws of the Republic of Cyprus,<br><br>Plaintiff,<br><br>v.<br><br>POPRAVKIN ANTON AND JOHN DOES 1 - 20 D/B/A, FRESHPORNO.NET, PORNHEAL.COM, FRPRN.COM, 3PRN.COM, KOJKA.COM, MOJVA.COM, ONLINEPORNO.CC, AND HOMEXVIDEO.COM,<br><br>Defendants. | Case No.: 3:25-cv-05094-KKE<br><br>PROOF OF SERVICE |

I, the undersigned, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to or interested in the within action or proceeding. I am employed by Ethan Jacobs Law Corporation, and my business address is 100 Pine Street, Suite 1250, San Francisco, California 94111.

PROOF OF SERVICE
Case No. 3:25-cv-05094-SKV
- 1

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845

On September 30, 2025, I served following document(s):

1. **PLAINTIFF AYLO PREMIUM LTD'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT POPRAVKIN ANTON (DKT. 24)**
2. **[PROPOSED] ORDER (DKT. 24-1)**
3. **DECLARATION OF ANDREA ALKIVIADES ANDREOU (DKT. 25)**
4. **DECLARATION OF JASON TUCKER (DKT. 26)**
5. **DECLARATION OF ETHAN JACOBS (DKT. 27)**

on the person(s) listed below:

**Popravkin Anton**

The documents were served by email to the email addresses a.prostop.net@gmail.com, joparabota1@gmail.com, support@3prn.com, support@freshporno.net, support@frprn.com, support@homexvideo.com, support@kojka.com, support@mojva.com, support@onlineporno.cc, and support@pornheal.com.

Email service on these email addresses did not generate a bounceback message: a.prostop.net@gmail.com, joparabota1@gmail.com, support@freshporno.net, support@frprn.com, support@3prn.com, support@mojva.com, support@onlineporno.cc, and support@pornheal.com. Bounceback messages were received for the addresses support@homexvideo.com and support@kojka.com.

Dated: October 15, 2025

ETHAN JACOBS LAW CORPORATION

By /s/ Ethan Jacobs

Ethan Jacobs (admitted *pro hac vice*)
100 Pine Street, Suite 1250
San Francisco, CA 94111
415-275-0845
ethan@ejacobslaw.com

*Counsel for Plaintiff Aylo Premium Ltd*

PROOF OF SERVICE
Case No. 3:25-cv-05094-SKV
- 2

ETHAN JACOBS LAW CORPORATION
100 Pine St. Suite 1250
San Francisco, CA 94111
(415) 275-0845